# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

December 30, 2022

Santos Gomez Perez
91639-479
c/o Nidia Esquivel
Unit 1
787 Johnson Parkway
Saint Paul, MN  55106

      RE:  22-3577  United States v. Santos Perez

Dear Mr. Gomez Perez:

      This letter acknowledges receipt of your letter requesting information regarding the appeal.  A second notice of appeal and a letter regarding new counsel, were filed in this court on December 20, 2022.  Enclosed is a copy of the docket sheet for your review.


Michael E. Gans
Clerk of Court

CRJ

Enclosure(s)

cc:    Mr. Craig Raymond Baune
       Ms. Kate M. Fogarty
       Mr. Thomas More Hollenhorst
       Mr. Kevin M O'Brien

      District Court/Agency Case Number(s):   0:19-cr-00313-ECT-1