# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3577

United States of America

Appellee

v.

Santos Gomez Perez

Appellant

___

Appeal from U.S. District Court for the District of Minnesota
(0:19-cr-00313-ECT-1)
___

**ORDER**

Appellant's motion for appointment of co-counsel is denied.

February 01, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans