# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Mr. Kevin M O'Brien
**CC:** Mr. Craig Raymond Baune
Mr. Thomas More Hollenhorst
Mr. Santos Gomez Perez

**FROM:** Clifford R. Jackson

**DATE:** April 25, 2023

**RE:** 22-3577  United States v. Santos Perez

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**Please provide 3 copies of the Government and Defendant exhibits referenced in the brief**

__X__ BRIEF FORMAT IS INCORRECT.  See FRAP 32(a).
    __x__ Point type size too small;  All headings/titles should be in at least 14 point font.

_____ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)

    __x__ Please specify whether "T" refers to the Trial Transcript and Volume.
.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.